**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-6971**

---

JOHN ALAN MILLER,

                Plaintiff – Appellant,

      v.

LARRY DAVIS, c-o SC Dept of Probation Parole and Pardon
Services,

                Defendant – Appellee.

---

**No. 09-6984**

---

JOHN ALAN MILLER,

                Plaintiff – Appellant,

      v.

SOUTH CAROLINA DEPARTMENT OF PAROLE PROBATION AND PARDON
SERVICES,

                Defendant – Appellee.

---

Appeals from the United States District Court for the District
of South Carolina, at Charleston.  Joseph F. Anderson, Jr.,
District Judge. (2:09-cv-01056-JFA; 2:09-cv-00967-JFA)

---

Submitted:  September 29, 2009      Decided:  October 8, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Alan Miller, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Alan Miller appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) civil rights complaints under 28 U.S.C. §§ 1915, 1915A (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Miller's briefs allege no error committed by the district court, Miller has forfeited appellate review of the court's orders. Accordingly, we affirm the district court's orders. We deny all pending motions, including Miller's motions for transcripts at Government expense, for copies at Government expense, for the appointment of counsel, and for default judgment. We further deny Miller's objection to the consolidation of these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3